Official Form 5 (10/06)

| United States Bankruptcy Court<br><br>_____Northern_____ **District of** _____Illinois_____ | **INVOLUNTARY PETITION** |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>Care Biopharma, LLC | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (If more than one, state all.): | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>909 E. Orchard Street<br>Mundelein, IL 60060 | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Lake                                     ZIP CODE | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7    ☐ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts<br>(Check **one** box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br><br>_____ | Nature of Business<br>(Check **one** box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

Name of Debtor: Care Biopharma, LLC

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x_[signature]_
Signature of Petitioner or Representative (State title)
Extendacare, Inc. d/b/a Medistaf Health & Research     10/18/07
Name of Petitioner                 Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Lanny Ballard
646 Main Street
Port Jefferson, NY 11777

x_[signature]_                    _[initials]_
Signature of Attorney                Date

Name of Attorney Firm (If any)

Address

Telephone No.

---

x____
Signature of Petitioner or Representative (State title)
Kimberly Papenfuss
Name of Petitioner                 Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Kimberly Papenfuss
9804 Bay Hill Drive
Louisville, KY 40223

x____
Signature of Attorney                Date

Name of Attorney Firm (If any)

Address

Telephone No.

---

x____
Signature of Petitioner or Representative (State title)
Carolyn Bell
Name of Petitioner                 Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Carolyn Bell
101 Oxford Hills Place
Chapel Hill, NC 27514

x____
Signature of Attorney                Date

Name of Attorney Firm (If any)

Address

Telephone No.

---

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

continuation sheets attached

**Official Form 5 (10/06) – Cont.**

Name of Debtor: Care Biopharma, LLC
Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x _____ | x _____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney        Date |
| Extendacare,Inc. d/b/a Medistaf Health &Research | |
| Name of Petitioner        Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Lanny Ballard, 646 Main Street, Port Jefferson, NY 11777 | Address |
| | Telephone No. |

| x _____ | x _____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney        Date |
| Kimberly Papenfuss | |
| Name of Petitioner        Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Kimberly Papenfuss, 9804 Bay Hill Drive, Louisville, KY 40223 | Address |
| | Telephone No. |

| x /s/ Carolyn Bell | x /s/ [signature]        11/12/07 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney        Date |
| Carolyn Bell        10/20/07 | |
| Name of Petitioner        Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Carolyn Bell, 101 Oxford Hills Place, Chapel Hill, NC 27514 | Address |
| | Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| | | |
| | | |
| | | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

continuation sheets attached

Official Form 5 (10/06) – Cont.       Name of Debtor  Care Biopharma, LLC
                                       Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _____  
Signature of Petitioner or Representative (State title)  
Extendacare, Inc. d/b/a Medistaf Health & Research  
Name of Petitioner     Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:  
Lanny Ballard  
646 Main Street  
Port Jefferson, NY 11777

x _____   Date  
Signature of Attorney  
Name of Attorney Firm (If any)  
Address  
Telephone No.

---

x _Kimberly Papenfuss_ (signed)  
Signature of Petitioner or Representative (State title)  
Kimberly Papenfuss     01 Nov 2007  
Name of Petitioner     Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:  
Kimberly Papenfuss  
9804 Bay Hill Drive  
Louisville, KY 40223

x _(signature)_   11/12/07  
Signature of Attorney     Date  
Name of Attorney Firm (If any)  
Address  
Telephone No.

---

x _____  
Signature of Petitioner or Representative (State title)  
Carolyn Bell  
Name of Petitioner     Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:  
Carolyn Bell  
101 Oxford Hills Place  
Chapel Hill, NC 27514

x _____   Date  
Signature of Attorney  
Name of Attorney Firm (If any)  
Address  
Telephone No.

---

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| | | |
| | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | | |
| | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

_____ continuation sheets attached

Official Form 5 (10/06) – Cont.                                    Name of Debtor  Care Biopharma, LLC
                                                                   Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x_____         x_____
Signature of Petitioner or Representative (State title)     Signature of Attorney                        Date
Blum & Associates of Clearwater, Inc.
Name of Petitioner                    Date Signed          Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity:
Diane Blum
195 Devon Drive
Clearwater, FL 33767

Address
Telephone No.

---

x_/s/ Cheri Gross_____         x_/s/_____ 11/12/07
Signature of Petitioner or Representative (State title)     Signature of Attorney                        Date
Cheri Gross                            10/19/07
Name of Petitioner                    Date Signed          Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity:
Cheri Gross
403 Oak Square
San Antonio, TX 78216

Address
Telephone No.

---

x_____         x_____
Signature of Petitioner or Representative (State title)     Signature of Attorney                        Date
Owen Clinical Services, LLC.
Name of Petitioner                    Date Signed          Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity:
Vickie Owen
8623 Trailwood Ave
Baton Rouge, LA 70810

Address
Telephone No.

---

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

continuation sheets attached

**Official Form 5 (10/06) – Cont.**

Name of Debtor  Care Biopharma, LLC
Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x_____<br>Signature of Petitioner or Representative (State title)<br>Blum & Associates of Clearwater, Inc.<br>Name of Petitioner          Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity<br>Diane Blum<br>195 Devon Drive<br>Clearwater, FL 33767 | x_____<br>Signature of Attorney          Date<br><br>Name of Attorney Firm (If any)<br><br>Address<br><br>Telephone No. |
| x_____<br>Signature of Petitioner or Representative (State title)<br>Cheri Gross<br>Name of Petitioner          Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity<br>Cheri Gross<br>403 Oak Square<br>San Antonio, TX 78216 | x_____<br>Signature of Attorney          Date<br><br>Name of Attorney Firm (If any)<br><br>Address<br><br>Telephone No. |
| x /s/ Vickie B. Owen<br>Signature of Petitioner or Representative (State title)<br>Owen Clinical Services, LLC.    10·20·07<br>Name of Petitioner          Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity<br>Vickie Owen<br>8623 Trailwood Ave<br>Baton Rouge, LA 70810 | x /s/_____  11/2/07<br>Signature of Attorney          Date<br><br>Name of Attorney Firm (If any)<br><br>Address<br><br>Telephone No. |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

continuation sheets attached

Official Form 5 (10/06) – Cont.                    Name of Debtor  Care Biopharma, LLC
                                                    Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _Diane Blum  President_ (signed)                        x _(signature)_   11/12/07
Signature of Petitioner or Representative (State title)   Signature of Attorney                Date
Blum & Associates of Clearwater, Inc.   29 Oct 07
Name of Petitioner                       Date Signed      Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity:
Diane Blum
195 Devon Drive
Clearwater, FL 33767

Address
Telephone No.

---

x _____                    x _____
Signature of Petitioner or Representative (State title)   Signature of Attorney                Date
Cheri Gross
Name of Petitioner                       Date Signed      Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity:
Cheri Gross
403 Oak Square
San Antonio, TX 78216

Address
Telephone No.

---

x _____                    x _____
Signature of Petitioner or Representative (State title)   Signature of Attorney                Date
Owen Clinical Services, LLC.
Name of Petitioner                       Date Signed      Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity:
Vickie Owen
8623 Trailwood Ave
Baton Rouge, LA 70810

Address
Telephone No.

---

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

continuation sheets attached

**Official Form 5 (10/06) – Cont.**

Name of Debtor  Care Biopharma, LLC
Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x_____
Signature of Petitioner or Representative (State title)
  Sanborn Consulting, LLC
Name of Petitioner          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
  Margaret Sanborn
  40053 Tilbury Drive
  Palmdale, CA 93551

x_____
Signature of Attorney          Date
Name of Attorney Firm (If any)
Address
Telephone No.

---

x_____
Signature of Petitioner or Representative (State title)
  Whalen Consulting, LLC.
Name of Petitioner          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
  Evelyn Whalen
  10 Old Hope Creek Path
  Durham, NC 27707

x_____
Signature of Attorney          Date
Name of Attorney Firm (If any)
Address
Telephone No.

---

x__[signature]_____
Signature of Petitioner or Representative (State title)
  Austin International Clinical Trial Monitoring, LLC      19-OCT-07
Name of Petitioner          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
  Scott White
  10485 Highgate Manor Ct.
  Duluth, GA 30097

x__[signature]_____      11/12/07
Signature of Attorney          Date
Name of Attorney Firm (If any)
Address
Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | Total Amount of Petitioners' Claims |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

continuation sheets attached

Official Form 5 (10/06) – Cont.

Name of Debtor: Care Biopharma, LLC
Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _[signature]_   10/21/07
Signature of Petitioner or Representative (State title)
Sanborn Consulting, LLC
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Margaret Sanborn
40053 Tilbury Drive
Palmdale, CA 93551

x _[signature]_   1/12/07
Signature of Attorney    Date
Name of Attorney Firm (If any)
Address
Telephone No.

---

x _____
Signature of Petitioner or Representative (State title)
Whalen Consulting, LLC.
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Evelyn Whalen
10 Old Hope Creek Path
Durham, NC 27707

x _____
Signature of Attorney    Date
Name of Attorney Firm (If any)
Address
Telephone No.

---

x _____
Signature of Petitioner or Representative (State title)
Austin International ClinicalTrial Monitoring, LLC
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Scott White
10485 Highgate Manor Ct.
Duluth, GA 30097

x _____
Signature of Attorney    Date
Name of Attorney Firm (If any)
Address
Telephone No.

---

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

| | Total Amount of Petitioners' Claims |
|---|---|

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

continuation sheets attached

| Official Form 5 (10/06) – Cont. | Name of Debtor  Care Biopharma, LLC |
| --- | --- |
| | Case No. _____ |

| TRANSFER OF CLAIM |
| --- |
| ☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____ | x_____ |
| --- | --- |
| Signature of Petitioner or Representative (State title)  Sanborn Consulting, LLC | Signature of Attorney                Date |
| Name of Petitioner           Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity  Margaret Sanborn  40053 Tilbury Drive  Palmdale, CA 93551 | Address _____  Telephone No. _____ |

| x _Evelyn Whalen, owner_ | x _[signature]_   _11/12/07_ |
| --- | --- |
| Signature of Petitioner or Representative (State title)  Whalen Consulting, LLC.          26-Oct-2007 | Signature of Attorney                Date |
| Name of Petitioner           Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity  Evelyn Whalen  10 Old Hope Creek Path  Durham, NC 27707 | Address _____  Telephone No. _____ |

| x_____ | x_____ |
| --- | --- |
| Signature of Petitioner or Representative (State title)  Austin International ClinicalTrial Monitoring,LLC | Signature of Attorney                Date |
| Name of Petitioner           Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity  Scott White  10485 Highgate Manor Ct.  Duluth, GA 30097 | Address _____  Telephone No. _____ |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| --- | --- | --- |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

_____ continuation sheets attached